McCARTER & ENGLISH, LLP
Attorneys At Law
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
973-622-4444
Attorneys for Defendant Zimmer Holdings, Inc.

EF-3747 (Edward J. Fanning, Jr., Esq.)

| *This Consent Order Applies to:* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY (SDW) |
|---|---|
| Adkins v. Zimmer Holdings, Inc., 2:09-cv-04390<br>Barr v. Zimmer Holdings, Inc., 2:09-cv-04387<br>Browning v. Zimmer Holdings, Inc., 2:09-cv-04388<br>Cartwright v. Zimmer Holdings, Inc., 2:09-cv-04389<br>Conrad v. Zimmer Holdings, Inc., 2:09-cv-04390<br>Dodman v. Zimmer Holdings, Inc., 2:09-cv-04391<br>English v. Zimmer Holdings, Inc., 2:09-cv-04392<br>Esparza v. Zimmer Holdings, Inc., 2:09-cv-04393<br>Fitzgerald v. Zimmer Holdings, Inc., 2:09-cv-02843<br>Freed v. Zimmer Holdings, Inc., 2:09-cv-04394<br>Furman v. Zimmer Holdings, Inc., 2:09-cv-04395<br>Garrett v. Zimmer Holdings, Inc., -2:09-cv-04396<br>Johnson v. Zimmer Holdings, Inc., 2:09-cv-04397<br>David Jones v. Zimmer Holdings, Inc., 2:09-cv-04398<br>Paul D. Jones v. Zimmer Holdings, Inc., 2:09-cv-04622<br>Jugo v. Zimmer Holdings, Inc., 2:09-cv-04399<br>Kasbach v. Zimmer Holdings, Inc., 2:09-cv-04400<br>Kearney v. Zimmer Holdings, Inc., 2:09-cv-04401<br>Lee v. Zimmer Holdings, Inc., 2:09-cv-04402<br>Lightner v. Zimmer Holdings, Inc., 2:09-cv-04408<br>Love v. Zimmer Holdings, Inc., 2:09-cv-04410<br>Meisenzahl v. Zimmer Holdings, Inc., 2:09-cv-04413<br>Miller v. Zimmer Holdings, Inc., 2:09-cv-04414<br>O'Brien v. Zimmer Holdings, Inc., 2:09-cv-04415<br>Muhammad v. Zimmer Holdings, Inc., 2:09-cv-04930<br>Ray v. Zimmer Holdings, Inc., 2:09-cv-04416<br>Seeger v. Zimmer Holdings, Inc., 2:09-cv-04418<br>Sumter v. Zimmer Holdings, Inc., 2:09-cv-04419<br>Terry v. Zimmer Holdings, Inc., 2:09-cv-04420<br>Tulk v. Zimmer Holdings, Inc., 2:09-cv-04423<br>Yeary v. Zimmer Holdings, Inc., 2:09-cv-04424 | **CONSENT ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFFS COMPLAINTS TO JANUARY 19, 2010** |

THIS MATTER having been opened to the Court by McCarter & English, LLP, attorneys for defendant, Zimmer Holdings, Inc. ("Zimmer"), and with the consent of the counsel for the plaintiffs, Seeger Weiss LLP; and the Court having been advised that the undersigned counsel have reached an agreement on an extension of the time within which these defendants must answer, move or otherwise respond to plaintiffs' Complaints; and for good cause appearing;

IT IS ON THIS ___9___ DAY OF NOVEMBER, 2009,

ORDERED that the time for defendant Zimmer to answer, move or otherwise reply to the Complaints in the above referenced cases be and hereby is extended through and including January 19, 2010.

IT IS FURTHER ORDERED that defendant Zimmer does not waive any defenses that it might have, including but not limited to defenses of lack of personal jurisdiction and/or service of process, by its request that the Court enter the within Consent Order or by the Court entering the within Consent Order.

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel within ten (10) days.

_____

We hereby consent to the form and entry of the within Consent Order.

| | |
|---|---|
| SEEGER WEISS LLP<br>Attorneys for Plaintiffs | MCCARTER & ENGLISH, LLP<br>Attorneys for Defendant<br>Zimmer Holdings, Inc. |
| *s/ Christopher A. Seeger, Esq.* | *s/ Edward J. Fanning, Jr.* |
| By:  Christopher A. Seeger, Esq.<br>        A Member of the Firm | By:  Edward J. Fanning, Jr., Esq.<br>        A Member of the Firm |

LEVIN, FISHBEIN, SEDRAN & BERMAN
Attorneys for Plaintiff
 Paul David Jones

*s/ Michael Weinkowitz, Esq.*

By:    Michael Weinkowitz, Esq.