**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
973.622.4444
Attorneys for Defendant,
Zimmer Holdings, Inc.

EJF - 3747 (Edward J. Fanning, Jr., Esq.)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In Re: Durom Hip Cup Products Liability Litigation, MDL No. 2158*<br><br>*This order applies to all cases.* | **ORDER STAYING ALL DEADLINES PENDING INITIAL CONFERENCE** |

THIS MATTER having been opened to the Court by McCarter & English, LLP, attorneys for defendants, Zimmer, Inc. and Zimmer Holdings, Inc. ("Zimmer") in the above-captioned matters; the matters having been centralized under MDL No. 2158; and for good cause appearing;

IT IS ON THIS 12 DAY OF August, 2010;

ORDERED that any and all existing deadlines with respect to pleadings responsive to plaintiffs' complaints in the Durom Hip Cup Products Liability Litigation, MDL No. 2158, be and hereby are stayed pending the Initial Conference to be scheduled by the Honorable Madeline C. Arleo, at which time such deadlines will be addressed by the Court; and

ME1 10342981v.1

IT IS FURTHER ORDERED that all outstanding disclosure, discovery, and related proceedings are stayed and no discovery shall be initiated until after the Initial Conference to be scheduled by the Honorable Madeline C. Arleo; and

IT IS FURTHER ORDERED that upon entry of this Order, this stay of existing deadlines shall apply to any and all other matters subsequently centralized with the Durom Hip Cup Products Liability Litigation, MDL No. 2158; and

IT IS FURTHER ORDERED that a copy of this Order shall be served on all counsel within ten (10) days.

_____
Honorable Madeline C. Arleo, U.S.M.J.