Julie Hamner Johnston
Dickinson Wright PLLC
Fifth Third Center, Suite 1401
424 Church Street
Nashville, Tennessee 37219-2392
Telephone:  (615) 244-6538
Facsimile:  (615) 256-8386

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | Master Docket No. 09-4414(SDW)(MCA)<br>MDL No. 2158<br><br>This Document Relates To All Cases |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiffs in the above matter.  A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon this counsel at the address and/or electronic mail address listed below:

    Julie Hamner Johnston
    Dickinson Wright PLLC
    Fifth Third Center, Suite 1401
    424 Church Street
    Nashville, Tennessee 37219-2392
    Telephone:  (615) 244-6538
    Facsimile:  (615) 256-8386
    jjohnston@dickinsonwright.com

DATED: December 17, 2010.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/  Julie Hamner Johnston
Julie Hamner Johnston, TN BPR No. 22408
Fifth Third Center, Suite 1401
424 Church Street
Nashville, Tennessee 37219-2392

Telephone:  (615) 244-6538
Facsimile:  (615) 256-8386
jjohnston@dickinsonwright.com

Attorneys for Plaintiffs
Bradley and Deborah Gaidos

## CERTIFICATE OF SERVICE

This certifies that the foregoing document was served via the court's electronic filing system to all counsel of record.

On this the 17th day of December, 2010.

/s/ Julie Hamner Johnston
Julie Hamner Johnston

NASHVILLE 40813-1 397783