UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____  X

IN RE ZIMMER DUROM HIP CUP )   Lead Case: 2:09-cv-04414-SDW-MCA
PRODUCTS LIABILITY LITIGATION )
) MDL NO. 2158
)
) Judge Susan D. Wigenton
_____ )

David Barineau and )
Jacquelene Barineau )
)
Plaintiff, )
)
vs. ) Case No.: 2:10-cv-05475-SDW-MCA
Zimmer Holdings, Inc and )
Zimmer, Inc )
)
Defendant. )

## ORDER GRANTING SUBSTITUTION OF COUNSEL

**NOW** on this ___19___ day of ___Jan___, 2011, this matter comes before the Court pursuant to Plaintiffs' Motion to Substitute Counsel. In considering said motion and finding same to have merit, it is **HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion to Substitute Counsel is granted and Mark S. Thetford of Garrett Law Office, P.C., is substituted as counsel of record for the Plaintiffs.

_____
Magistrate Judge Madeline Cox Arleo