UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | Lead Case: 2:09-cv-04414-SDW-MCA <br><br> MDL NO. 2158 <br><br> Judge Susan D. Wigenton |
| David Barineau and Jacquelene Barineau <br><br> Plaintiff, <br><br> vs. <br><br> Zimmer Holdings, Inc and Zimmer, Inc <br><br> Defendant. | Case No.: 2:10-cv-05475-SDW-MCA |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

**NOW** on this ___14___ day of ___Jan___, 2011, this matter comes before the Court pursuant to Plaintiffs' Motion to Substitute Counsel. In considering said motion and finding same to have merit, it is **HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion to Substitute Counsel is granted and Jackqualyn R. Quinton of Garrett Law Office, P.C., is substituted as counsel of record for the Plaintiffs.

_____
Magistrate Judge Madeline Cox Arleo