UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | Lead Case: 2:09-cv-04414-SDW-MCA |
|  | MDL NO. 2158 |
|  | Judge Susan D. Wigenton |
| Tony Covarrubias and Adrian Covarrubias |  |
| Plaintiff, |  |
| vs. | Case No.: 2:10-cv-04637-SDW-MCA |
| Zimmer Holdings, Inc and Zimmer, Inc |  |
| Defendant. |  |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

**NOW** on this ____ day of _____, 2011, this matter comes before the Court pursuant to Plaintiffs' Motion to Substitute Counsel. In considering said motion and finding same to have merit, it is **HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiffs' Motion to Substitute Counsel is granted and David M. Garrett of Garrett Law Office, P.C., is substituted as counsel of record for the Plaintiffs.

_____
Magistrate Judge Madeline Cox Arleo