# BAKER & DANIELS
EST. 1863

**ANDREW L. CAMPBELL**
Attorney at Law
Direct 317.237.1011
andrew.campbell@bakerd.com

BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1782
Tel 317.237.0300   Fax 317.237.1000
www.bakerdaniels.com

**VIA ECF and FACSIMILE**

May 9, 2011

The Honorable Madeline C. Arleo
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   *In Re: Zimmer Durom Hip Cup Products Liability Litigation*; MDL No. 2158
      Plaintiff Fact Sheet and Defendant Fact Sheet

Dear Judge Arleo:

As you know, we represent the defendants, Zimmer, Inc., *et al.*, and write on behalf of, and in agreement with, Plaintiffs' Liaison Counsel.  Pursuant to paragraph 4 of the Initial Scheduling Order [Dct. 50], the parties were ordered to meet and confer about a proposed Plaintiff Fact Sheet and Defendant Fact Sheet, and submit any disputes over the fact sheets to Your Honor today, May 9, 2011.  The parties have so conferred and are very close to reaching agreement on the fact sheets.  However, there are a few outstanding issues that the parties hope to resolve tomorrow, May 10, 2011.  Should the parties be unable to resolve the outstanding disputes, they will submit them to Your Honor by the close of business tomorrow.

Respectfully submitted,

/s/  Andrew L. Campbell