|  |  |  |
|---|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION, | : : : : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : : |  |
| -vs- | : : | Civil Action No. 09-4144 (SDW) MDL No. 2158 |
| WILLIAM R. RICCIARDO, et al., Case No. 11-3837 (SDW/MCA) | : : : | **ORDER** |
| Defendant(s), | : : |  |

**THIS MATTER** having come before the Court on the motion of plaintiffs William Ricciardo and Suzanne Ricciardo (collectively "the Ricciardo plaintiffs") seeking to waive contribution to the Common Benefit Fund (Dkt. No. 89); and plaintiffs' liaison counsel having opposed the motion; and having the considered the parties' papers submitted in support of and in opposition to the motion; the Court makes the following Findings of Fact and Conclusions of Law;

1. It is appropriate that the Ricciardo plaintiffs' contribution to the Common Benefit Fund be reduced in this case.

2. Reference is made to Case Management Order 3: Order Establishing Common Benefit Fund dated January 21, 2011 wherein the Court reserved the right to change the percentage of contribution "based upon the factors set forth in the Model Rule of Professional Conduct 1.5 for determining the reasonableness of a fee."

**WHEREFORE**, the Court having found that the relief sought is warranted, in part; and for good cause shown;

IT IS, on this 19th day of December, 2011,

**ORDERED** that the motion of the Ricciardo plaintiffs is **GRANTED IN PART**; and it is further

**ORDERED** that the contribution to the Common Benefit Fund on behalf of the Ricciardo plaintiffs is reduced to 1 (one) percent.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc: Clerk of the Court
    Hon. Susan D. Wigenton, U.S.D.J.
    All Parties
    File