**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

February 16, 2012

Wendy R. Fleishman, Esq.
Lieff, Cabraser, Heimann & Bernstein
250 Hudson Street, 6th Floor
New York, NY 10013-1413

Daniel R. Leathers, Esq.
Lieff, Cabraser, Heimann & Bernstein
250 Hudson Street, 6th Floor
New York, NY 10013-1413

Lindsey H. Taylor, Esq.
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739

Derek Braslow, Esq.
Pogust, Braslow & Millrood, LLC
161 Washington Street
Suite 1520
Conshohocken, PA 19428

J. Joseph Tanner, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782

Andrew L. Campbell, Esq.
Baker & Daniels
300 N Meridian Street
Suite 2700
Indianapolis, IN 46204-1782

Edward J. Fanning, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

George Tankard, Esq.
Waters & Kraus
315 N. Charles Street
Baltimore, MD 21201

**LETTER ORDER**

  Re: In Re: Zimmer Durom Hip Cup Products Liability Litigation
     Civil Action No.   09-4414 (SDW)

Dear Counsel:

  An in person conference is scheduled for **Friday, April 20, 2012 at 12:00 noon.** Three days prior to the conference, counsel shall submit a joint statement setting forth the status of settlement negotiations and mediations in all pending cases.

  **SO ORDERED.**

                *s/Madeline Cox Arleo*
                **MADELINE COX ARLEO**
                **United States Magistrate Judge**

cc: Clerk
   Hon. Susan D. Wigenton, U.S.D.J.
   File