# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: DUROM HIP CUP PRODUCTS LIABILITY LITIGATION, | Master Docket No. 09-4414(SDW)(MCA) <br> MDL No. 2158 |
| *This Order applies to all cases.* | **CONSENT ORDER** |

THIS MATTER having been opened to the Court by Plaintiffs' Liaison Counsel, and counsel for Defendants ZIMMER, INC. and ZIMMER HOLDINGS, INC. consenting hereto, and good cause appearing,

IT IS THIS _____ day of February, 2013

ORDERED that the Plaintiff Fact Sheet ("PFS") attached hereto as Exhibit A, is hereby adopted and approved by the Court for use in this MDL as contemplated by prior scheduling orders.

_____
MADELINE COX ARLEO, U.S.M.J.

1079884.1