## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | 2:09-cv-04414-SDW-MCA<br><br>MDL-2158<br><br>This Document Relates To:<br>All Actions |

## ORDER EXTENDING CASE SELECTION DEADLINE

WHEREAS, the Court entered the Case Management Order Regarding Initial Trial Setting And Pretrial Deadlines ("CMO") on November 20, 2013 (Dkt. No. 227), which sets forth various case and discovery deadlines.

WHEREAS, Defendants' Liaison Counsel and Plaintiffs' Liaison Counsel (together, the "Parties") have been working diligently to meet those deadlines.

WHEREAS, the Parties are unable to complete discovery necessary to select up to four Durom Cup cases as candidates for initial trials pursuant to paragraph I.A. of the CMO, due to difficulties with obtaining all necessary discovery responses and authorizations from certain plaintiffs.

WHEREAS, the Parties have agreed to extend the deadline to select up to four cases as candidates for initial trials from March 7, 2014, to April 11, 2014.

WHEREAS, Plaintiffs' Liaison Counsel has agreed to work diligently to provide all necessary discovery responses and records, and the Parties have agreed to work diligently to retain the remaining deadlines set forth in the CMO.

IT IS HEREBY STIPULATED by and between the Parties that paragraph I.A. of the CMO is amended as follows:

No later than **April 11, 2014**, the Parties shall each select up to four (4) Durom Cup cases in which the plaintiff had a revision of his/her Durom Cup as candidates for initial trials ("Initial Trial Candidate Case Picks"). The Initial Trial Candidate Case Picks shall be exchanged in writing with opposing counsel. No cases involving bilateral revisions shall be selected as Initial Trial Candidate Case Picks.

**SO ORDERED:**

Dated: *Mar 10-14*

_____
MADELINE COX ARLEO, U.S.M.J.

dms.us.53787446.01