FaegreBD.com

# FAEGRE BAKER DANIELS

USA ▾ UK ▾ CHINA

**ANDREW L. CAMPBELL**
Partner
andrew.campbell@FaegreBD.com
Direct +1 317 237 1011

Faegre Baker Daniels LLP
300 North Meridian Street ☐ Suite 2700
Indianapolis ☐ Indiana 46204-1750
Phone **+1 317 237 0300**
Fax **+1 317 237 1000**

April 21, 2015

**VIA ECF and OVERNIGHT MAIL**

The Honorable Steven C. Mannion
United States Magistrate Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building &
 U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   In Re: Zimmer Durom Hip Cup Products Liability Litigation

Dear Judge Mannion:

I write on behalf of Plaintiffs and Defendants in the above-referenced litigation. In light of the upcoming trial of the *Christine Brady* case, the parties respectfully request that the status conference currently scheduled for May 11, 2015, (Dct. 703), be continued until June. Defendants are generally available from June 9 to 19. During that time, Plaintiffs are only available on June 9. In addition, Plaintiffs and Defendants provided to the Court on April 7, 2015, some of the requested information regarding Plaintiffs' request for additional discovery on metallosis.[1] (*See* Dct. 701).

Very truly yours,

*/s/ Andrew L. Campbell*

Andrew L. Campbell

ALC/bw

cc:   All Counsel of Record via ECF

---

[1]   Plaintiffs have not yet provided to the Court the scope of anticipated discovery needed on metallosis, or the standard protective order being used in the state court litigation. (*See* Dct. 701).