UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | 2:09-cv-04414-SDW-SCM |
| This Document Relates to: | MDL-2158 |
| *Christine Brady v. Zimmer, Inc., et al.,* Case No. 2:10-cv-03043 | |

[PROPOSED] ORDER GRANTING *Denying*
ZIMMER'S MOTION FOR SUMMARY JUDGMENT

**THIS MATTER**, having been opened to the Court on motion by McCarter & English, LLP, attorneys for defendants, Zimmer, Inc. and Zimmer Holdings, Inc. (collectively, "Zimmer"), for an Order of summary judgment as to all of Plaintiff Christine Brady's claims on the grounds that there are no genuine issues of material fact and Zimmer is entitled to judgment as a matter of law on all claims; and the Court having considered the moving papers and any opposition submitted thereto; and oral argument, if any, having been heard; and other good and sufficient cause having been shown;

**IT IS** on this 23rd day of April, 2015,

**ORDERED** that Zimmer's motion is hereby **GRANTED** *in part and denied in part as set forth on the record.*

**IT IS FURTHER ORDERED** that a copy of this Order be served on all counsel of record within 5 days of the date hereof.

SUSAN D. WIGENTON, U.S.D.J.

✓ OPPOSED

____ UNOPPOSED

ME1 19687737v.1