UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | 2:09-cv-04414-SDW-MCA<br><br>MDL-2158<br><br>This Document Relates To All Cases |
|---|---|

### PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** Plaintiffs herein, and files this Plaintiffs' Motion to Substitute Counsel, and would respectfully show unto this Court as follows:

**I.**

Plaintiffs request that attorney George G. Tankard ("Tankard") be granted leave to withdraw as counsel in the main MDL No. 2158 and in each member case associated with MDL No. 2158.

Plaintiffs further request the substitution of attorney Gibbs C. Henderson ("Henderson"), Waters & Kraus, LLP, 3219 McKinney Avenue, Dallas, Texas 75204, in place of attorney Tankard.

Attorney Henderson has conferred with Attorney Tankard, and Attorney Tankard is not opposed to this motion.

**II.**

**WHEREFORE**, **PREMISES CONSIDERED**, Plaintiffs respectfully request that Attorney Tankard be granted leave to withdraw as counsel in the main

1

MDL No. 2158 and in each member case associated with MDL No. 2158. Plaintiffs further request that Attorney Hendrson be substituted.

DATED: June 17, 2015.

Respectfully submitted,

**WATERS & KRAUS, LLP**

<u>/s/George G. Tankard</u>
George G. Tankard III
315 N. Charles Street
Baltimore, MD 21201
(410) 528-1153
(410) 528-1006 (facsimile)
gtankard@waterskraus.com

AND

Gibbs C. Henderson
**WATERS & KRAUS, LLP**
3219 McKinney Avenue
Dallas, TX 75204
(214) 357-6244
(214) 357-7252 (facsimile)
ghenderson@waterskraus.com

**ATTORNEYS FOR PLAINTIFFS**