**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | Civil Action No: 09-4414-SDW-SCM<br><br>**ORDER**<br><br>May 1, 2018 |

**WIGENTON**, District Judge.

FOR GOOD CAUSE APPEARING,

IT IS ON THIS 1st day of May, 2018,

ORDERED that this Court's May 13, 2016 Case Management Order Regarding Settlement Agreement (MDL Dkt. No. 925) is revised such that all plaintiffs who currently have cases filed in this MDL, regardless of the date of the filing of their complaints, and all future plaintiffs who file cases in this MDL shall participate in the process established by the Settlement Agreement. All other provisions of the May 13th Case Management Order remain the same.

**SO ORDERED**.

      /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:    Clerk
           Steven C. Mannion, U.S.M.J.
           Parties

1