# EXHIBIT A

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Report created on   04/30/2018 10:38:24 AM               From            Inception
                                                         To              03/22/2018

Matter Number: 3324-0016        ZIMMER HOLDINGS, INC. - MDL

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| ELIZABETH CABRASER | 3.30 | 1,050.00 | 3,465.00 |
| WENDY FLEISHMAN | 441.60 | 875.00 | 386,400.00 |
| KENNETH BYRD | 91.60 | 615.00 | 56,334.00 |
| PAULINA DO AMARAL | 0.50 | 775.00 | 387.50 |
| HEATHER FOSTER | 1.00 | 585.00 | 585.00 |
| KENT KLAUDT | 262.30 | 650.00 | 170,495.00 |
| | **800.30** | | **617,666.50** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| DANIEL LEATHERS | 301.50 | 435.00 | 131,152.50 |
| JEREMY TROXEL | 143.60 | 415.00 | 59,594.00 |
| ADAM WEINTRAUB | 45.70 | 510.00 | 23,307.00 |
| BARBRA WILLIAMS | 7.10 | 415.00 | 2,946.50 |
| | **497.90** | | **217,000.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 0.80 | 345.00 | 276.00 |
| DAWN BEHRMANN | 41.60 | 375.00 | 15,600.00 |
| EILEEN BELTRAN | 5.05 | 375.00 | 1,893.75 |
| NIKKI BELUSHKO BARROWS | 1.40 | 375.00 | 525.00 |
| MOLLY COYNE | 26.50 | 265.00 | 7,022.50 |
| MARIA DEARS | 6.30 | 285.00 | 1,795.50 |
| REBECCA DODD | 51.70 | 345.00 | 17,836.50 |
| NINA GLIOZZO | 3.40 | 335.00 | 1,139.00 |
| DOLORES JENKIN | 4.10 | 350.00 | 1,435.00 |
| ROBIN KUPERSMITH | 3.00 | 270.00 | 810.00 |
| MARGUERITE LONGTIN | 2.80 | 310.00 | 868.00 |
| SUZANNE O'ROURKE SCANLON | 5.80 | 345.00 | 2,001.00 |
| EVELYN RODAS | 0.50 | 265.00 | 132.50 |
| PATRICIA SACKETT | 7.30 | 380.00 | 2,774.00 |
| JAMES TAYLOR | 177.90 | 350.00 | 62,265.00 |
| RICHARD TEXIER | 0.30 | 375.00 | 112.50 |
| | **338.45** | | **116,486.25** |

### LITIGATION SUPPORT / RESEARCH

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 5.50 | 390.00 | 2,145.00 |
| WILLOW ASHLYNN | 65.20 | 360.00 | 23,472.00 |
| MARGIE CALANGIAN | 53.40 | 390.00 | 20,826.00 |
| KIRTI DUGAR | 32.50 | 480.00 | 15,600.00 |
| ANTHONY GRANT | 25.00 | 390.00 | 9,750.00 |
| SAT KRIYA KHALSA | 1.40 | 285.00 | 399.00 |
| RENEE MUKHERJI | 4.50 | 390.00 | 1,755.00 |
| FAWAD RAHIMI | 9.90 | 390.00 | 3,861.00 |
| CYRUS YAMAT | 1.00 | 320.00 | 320.00 |
| | **198.40** | | **78,128.00** |

| | | | |
|---|---|---|---:|
| **MATTER TOTALS** | **1,835.05** | | **1,029,280.75** |

**Matter 3324-0016 Total Fee Receipts (inception to present)**     **289,774.91**