UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | 2:09-cv-04414-SDW-MCA<br><br>MDL-2158<br><br>This Document Relates To All Cases |

**ORDER GRANTING PLAINTIFFS' MOTION**
**SEEKING DISBURSEMENT FROM COMMON BENEFIT FUND**

THIS MATTER, having been opened to the Court by Plaintiffs, by and through their attorneys Waters & Kraus, LLP, on application seeking disbursement from in accordance with Case Management Order 3, and the Court having considered the parties submissions; and for good cause appearing,

IT IS THIS _7th_ day of _June_ 2018

ORDERED that disbursements from the Common Benefit Fund be issued to Plaintiffs' counsel as follows:

| | | |
|---|---|---|
| Waters & Kraus, LLP | Expenses:<br>Fees: | $788,709.25<br>$1,578,418.50 |
| Pogust Braslow & Millrood, LLC | Fees: | $23,154.80 |
| Lieff Cabraser Heimann & Bernstein, LLP | Expenses<br>Fees | $100,349.43<br>$739,505.84 |

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

1552440.1