UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | 2:09-cv-04414-SDW-MCA<br>MDL-2158<br><br>This Document Relates To All Cases<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF JUNE 7, 2018 ORDER GRANTING MOTION FOR DISBURSEMENT OF FEES AND EXPENSES FROM COMMON BENEFIT FUND AND EXPENSES AND FOR A STAY OF THAT ORDER** |

To: All Counsel via ECF

COUNSEL:

PLEASE TAKE NOTICE that, on a date to be set by the Court, Plaintiffs' Co-Liaison Counsel shall move before the Hon. Susan D. Wigenton, U.S.D.J. at the Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, pursuant to Local Rule 7.1(i), for reconsideration of the Court's June 7, 2018 Order granting the motion of Waters & Kraus LLP for disbursement of fees and expenses from the common benefit fund; and for an Order staying, and ultimately vacating, the June 7, 2018 Order.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, the

undersigned intends to rely upon the accompanying Memorandum of Law and the Declaration of Christopher A. Seeger.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Federal Rules of Civil Procedure, a proposed form of Order is attached.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

Dated: June 15, 2018

        CARELLA BYRNE CECCHI
        OLSTEIN BRODY & AGNELLO, P.C.

By: /s/ James E. Cecchi
    JAMES E. CECCHI
    5 Becker Farm Road
    Roseland, New Jersey 07068
    Tel: (973) 994-1700
    Fax: (973) 994-1744


        SEEGER WEISS LLP

By: /s/ Christopher A. Seeger
    55 Challenger Road, 6th Floor
    Ridgefield Park, New Jersey 07660
    Tel: (973) 639-9100
    Fax: (973) 639-9393

        *Plaintiffs' Co-Liaison Counsel*