**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | Civil Action No: 09-4414-SDW-SCM <br><br> **ORDER** <br><br> July 11, 2018 |

**WIGENTON**, District Judge.

This matter, having come before this Court on Co-Liaison Counsel's (1) Motion for Reconsideration of this Court's June 7, 2018 Order granting disbursement of funds from the Common Benefit Fund ("CBF") (Dkt. No. 983), and (2) Motion for a Stay of that Order (Dkt. No. 986), and this Court having considered the parties' submissions, for the reasons stated in this Court's Letter Opinion dated July 11, 2018,

**IT IS** on this 11th day of July, 2018

**ORDERED** that Co-Liaison Counsel's motions are **DENIED**.

    /s/ Susan D. Wigenton    
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
        Steven C. Mannion, U.S.M.J.
        Parties

1