UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: ZIMMER DUROM HIP CUP
PRODUCTS LIABILITY
LITIGATION

2:09-cv-04414-SDW-MCA

MDL-2158

This Document Relates To All Waters
& Kraus Cases

## ORDER GRANTING PLAINTIFFS' MOTION REQUESTING DISBURSEMENT FROM COMMON BENEFIT FUND

THIS MATTER, having been opened to the Court by Plaintiffs, by and through their attorneys Waters & Kraus, LLP, on application for an Order that Plaintiffs' Motion Requesting Disbursement from Common Benefit Fund; and the Court having considered the papers submitted in connection with this motion and any papers filed in opposition thereto; and for good cause appearing;

IT IS on this 24th day of September 2018,

ORDERED that disbursements from the Common Benefit Fund will be issued in the following amounts reported by Plaintiffs' counsel as incurred:

| | |
|---|---:|
| Lieff Cabraser | $147,901.17 |
| Pogust Braslow & Milrood | $4,630.96 |
| Seeger Weiss LLP and Carella Byrne Cecchi Olstein, Brody & Agnello, PC | $965,904.14 |
| Waters & Kraus, LLP | $606,007.70 |

HON. SUSAN D. WIGENTON, U.S.D.J.

ORDER GRANTING PLAINTIFFS' MOTION SEEKING DISBURSEMENT FROM COMMON BENEFIT FUND – Solo Page