# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION | 2:09-cv-04414-SDW-MCA<br><br>MDL-2158 |

This Document Relates to:

*Christine Brice v. Zimmer Holdings, Inc., et al*; Case No. 2:13-cv-02889
*Mark Doneson, et al v. Zimmer Holdings, Inc.*; Case No. 2:11-cv-05472
*Charles Foster v. Zimmer Holdings, Inc., et al*; Case No. 2:13-cv-02861
*Barbara Hanks v. Zimmer Holdings, Inc., et al*; Case No. 2:13-cv-02887

## ORDER GRANTING ZIMMER, INC. AND ZIMMER HOLDINGS, INC.'S MOTION FOR ORDER TO SHOW CAUSE

Before this Court is a Motion for Order to Show Cause filed on February 15, 2019, by the defendants Zimmer, Inc., and Zimmer Holdings, Inc. (collectively "Zimmer"), regarding plaintiffs, Christine Brice, Mark Doneson, Charles Foster, and Barbara Hanks (together, "Plaintiffs").

The Court having reviewed the Motion finds that Plaintiffs shall have until _____, 2019, to present evidence that they were implanted with a Durom Cup and to show cause why each case should not be dismissed without prejudice.

**SO ORDERED.**

_____
Susan D. Wigenton, U.S.D.J.

US.122004141.01