# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID FOSCUE, et ux., <br>     PLAINTIFFS, <br><br> v. <br><br> ZIMMER INC., et al, <br><br>     DEFENDANTS. | Case No.: 12-7491 <br> MDL Docket No. 2158 <br><br> Assigned to: Hon. Susan D. Wigenton |

# REPLY IN SUPPORT OF MOTION FOR
# COURT-ASSISTED SETTLEMENT CONFERENCE

The first court-assisted settlement conference in this case was held on May 12, 2014, before four Durom Cup cases were tried to verdict, and exactly two years before this Court enacted the Global Settlement Program (the "GSP"). (See May 12, 2014, Minute Entry, 2:12-cv-07491; Settlement Case Management Order dated May 13, 2016, MDL Dkt. 925). The GSP ordered by this Court imposes specific requirements for in-person attendance that Plaintiffs have not met—unlike nearly all other Plaintiffs in the MDL, resulting in settlement of 95% of eligible claims in the MDL. Indeed, the day before the June 23, 2017, mediation, Zimmer learned that Plaintiff and their counsel would not attend in-person. While Zimmer's counsel nevertheless traveled to Chicago and attended in-person, given the last-minute notice that no one would attend from the Plaintiff's side, Zimmer's counsel told Zimmer's representative to change his plans and be available by phone instead of in-person. Zimmer simply requests that Plaintiffs be bound by the same requirements with which nearly all other Plaintiffs in this MDL have complied. And, given their continued efforts to oppose these requirements, Zimmer submits that a court-assisted settlement conference is necessary at this time.

Dated: March 5, 2019                    Respectfully submitted,

**FAEGRE BAKER DANIELS LLP**

/s/ *J. Joseph Tanner*
J. Joseph Tanner
Andrew L Campbell
Stephanie N. Russo
300 North Meridian Street
Indianapolis, IN 46204
Phone: (317)237-0300
Fax: (317) 237-1000
*Joe.Tanner@faegrebd.com*
*Andrew.Campbell@faegrebd.com*
*Stephanie.Russo@faegrebd.com*
Attorneys for Defendants Zimmer, Inc.,
Zimmer Biomet Holdings, Inc., and Zimmer US, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served upon all counsel of record via ECF this 5th day of March, 2019.

/s/ *J. Joseph Tanner*

US.122209089.04