UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

NEWARK　　　　　　　　　　　　　　　　　　　　　　　　DATE: March 7, 2019
JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:　　　　　　　　　　　　　　　　　　　　　　　Docket# 09-4414

IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION

**Appearances:**
Jeffrey Grand, Esq. For Pltf
Daniel Leathers, Esq. For Pltf
Stephanie Russo, Esq. For Pltf
J. Joseph Tanner, Esq. For Deft
Andrew L. Campbell, Esq. For Deft
Edward J. Fanning, Jr., Esq. For Deft

Nature of Proceeding:　　**IN PERSON CONFERENCE**

In person status conference held;
Deft's Order to Show Cause is **GRANTED** [Dkt. No. 1013];
Order to be filed.
In person status conference continued to 6/27/19 at 11:00 a.m.

Time Commenced 11:05 a.m.
Time Adjourned 12:05 p.m.
Total Time: 1 hr.
cc: chambers　　　　　　　　　　　Carmen D. Soto
　　　　　　　　　　　　　　　　　　Deputy Clerk