

FaegreBD.com

USA ▼ UK ▼ CHINA

**STEPHANIE N. RUSSO**
Associate
stephanie.russo@FaegreBD.com
Direct +1 317 237 1277

Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750
Main +1 317 237 0300
Fax +1 317 237 1000

September 17, 2019

**VIA ECF AND E-MAIL TO DEVON_CORNEAL@NJD.USCOURTS.GOV**

The Honorable Susan D. Wigenton
United States District Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

    Re:   *In re: Zimmer Durom Cup Products Liability Litigation*
            *Master Docket*, 2:09-cv-04414-SDW-SCM ("Master Docket")

Dear Judge Wigenton:

Enclosed are two exhibits listing the pending 26 cases with the 15 settled but not dismissed cases highlighted in gray, and a list of the unsettled, remaining 11 cases to be addressed at the next status conference.  If the Court requires additional information prior to the status conference, please do not hesitate to contact me.

                                          Very truly yours,

                                          */s/ Stephanie N. Russo*

                                          Stephanie N. Russo