

**STEPHANIE N. RUSSO**
Associate
stephanie.russo@FaegreBD.com
Direct +1 317 237 1277

Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204-1750
Main **+1 317 237 0300**
Fax **+1 317 237 1000**

September 24, 2019

**VIA ECF AND E-MAIL TO DEVON_CORNEAL@NJD.USCOURTS.GOV**

The Honorable Susan D. Wigenton
United States District Judge
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

Re: *In re: Zimmer Durom Cup Products Liability Litigation*
Master Docket, 2:09-cv-04414-SDW-SCM ("Master Docket")

Dear Judge Wigenton:

Below is the teleconference dial-in information to be used for the telephonic status conference scheduled for September 26, 2019:

Dial-in (US): 877-636-9498
Conf. Code: 465-562-1977

If the Court requires additional information prior to the status conference, please do not hesitate to contact me.

Very truly yours,

*/s/ Stephanie N. Russo*

Stephanie N. Russo

US.124736396.01